# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CHRISTOPHER TERRY, #6682,** : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | **CIVIL ACTION 1:19-00203-KD-B** |
| **ARTHUR HARRIS,** : | |
| Defendant. : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made pursuant to 28 U.S.C. § 636(b)(1)(B) and dated June 14, 2019 is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that this action is hereby **TRANSFERRED** to the United States District for the Northern District of Alabama.

**DONE** and **ORDERED** this the **10th** day of **July 2019.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**